JUDGE MARSHA J. PECHMAN

1

2

3

4

5

6                              UNITED STATES DISTRICT COURT
                              WESTERN DISTRICT OF WASHINGTON
7                                         AT SEATTLE

8

9    UNITED STATES OF AMERICA,              )   No. CR13-54 MJP
                                            )
                    Plaintiff,              )
10                                          )
                                            )   ORDER GRANTING DEFENDANT'S
         v.                                 )   MOTION TO CONTINUE TRIAL AND
11                                          )   PRETRIAL MOTIONS DATES
     LY HO,                                 )
12                                          )
                                            )
                    Defendant.              )
13   _____       )

14          THE COURT has considered the defendants' motion for a continuance of the trial

15   and the pretrial motions dates.  The Court finds that the ends of justice will be served by

16   ordering a continuance in this case, that a continuance is necessary to ensure adequate

17   time for effective case preparation, and that these factors outweigh the best interests of

18   the public and the defendant in a speedy trial.

19          THE COURT further finds that the period of time from the date this motion was

20   filed, until the new trial date of January 12, 2015, shall be excludable time pursuant to the

21   Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

22   //

23   //

24   //

25   //

26

ORDER GRANTING MOTION TO CONTINUE                    **RICHARD WARNER, WSBA #21399**
TRIAL DATE & PRETRIAL MOTIONS DUE                **RICHARD WARNER LAW CORP., P.S.**
DATE - 1                                              **701 5th Avenue., Suite 4200**
(*Ly Ho,* CR 13-54)                                   **Seattle, Washington 98104**
                                                           **(206) 225-7505**

1    IT IS THEREFORE ORDERED that the trial date in this matter is continued to

2  January 12, 2015 and that pretrial motions shall be filed no later than September 29,

3  2014.

4
        DONE this 22nd day of July, 2014.
5

6

7

8
                                          _____
                                          Marsha J. Pechman
9                                         United States District Judge

10

11

12  Presented by:
    s/ *Richard Warner*
13  Attorney for Ly Ho

14
    s/ *Sarah Y. Vogel*
15  Assistant United States Attorney

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING MOTION TO CONTINUE              **RICHARD WARNER, WSBA #21399**
TRIAL DATE & PRETRIAL MOTIONS DUE          **RICHARD WARNER LAW CORP., P.S.**
DATE - 2                                         **701 5th Avenue., Suite 4200**
(*Ly Ho,* CR 13-54)                              **Seattle, Washington 98104**
                                                      **(206) 225-7505**